An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH MICHAEL HAYCOX,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 65612

**FILED**

JUN 23 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from a district court "Order Denying Defendant's Motion for Additional Credit for Time Served." Eighth Judicial District Court, Clark County; Jerome T. Tao, Judge.

No statute or court rules provides for an appeal from such an order. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Additionally, the notice of appeal is untimely. The aforementioned order was filed on March 11, 2014. The notice of appeal was filed in the district court on May 5, 2014, well beyond the relevant appeal period, *see* NRAP 4(b)(1)(A); *Edwards v. State*, 112 Nev. 704, 709, 918 P.2d 321, 325 (1996), and appellant has failed to demonstrate that he delivered the notice of appeal to a prison official for mailing on or before the expiration of the appeal period, *see Kellogg v. Journal Communications*, 108 Nev. 474, 477, 835 P.2d 12, 13 (1992). Therefore, we lack jurisdiction, *see Lozada v.*

SUPREME COURT
OF
NEVADA

(O) 1947A

14-20538

*State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.          _____, J.
Parraguirre                          Saitta

cc:    Hon. Jerome T. Tao, District Judge
       Clark County Public Defender
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk
       Joseph Michael Haycox